UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICIA A. SCOTT,

        Plaintiff,
v.                                 Case No. 3:08-cv-404-J-33JRK

PHILIP R. YATES,

        Defendant.
_____/

**ORDER**

This matter comes before the Court on consideration of United States Magistrate Judge James R. Klindt's Report and Recommendation (Doc. # 7), entered on July 9, 2008, recommending that Plaintiff's Affidavit of Indigency, construed as a Motion for Leave to Proceed In Forma Pauperis (Doc. # 4), be denied and also recommending that Plaintiff's amended complaint (Doc. # 6) be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and 28 U.S.C. § 1915(e)(2)(B)(ii). As of this date, the parties have failed to file objections to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific

objections, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving <u>de</u> <u>novo</u> review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate Judge James R. Klindt's Report and Recommendation (Doc. # 7) is **ACCEPTED** and **ADOPTED.**
2. Plaintiff's Affidavit of Indigency, construed as a Motion for Leave to Proceed In Forma Pauperis (Doc. # 4), is **DENIED.**
3. Plaintiff's amended complaint (Doc. # 6) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Clerk is directed to close the file and enter judgment accordingly.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 29th day of July, 2008.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

United States Magistrate Judge James R. Klindt

All Counsel and Parties of Record